UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
HEASTERN DIVISION

| JASON L. BIGGS, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | Case No. 4:07CV2091 CDP |
| K. L. MANAGEMENT, | ) | |
| Defendant. | ) | |

## **ORDER**

The Court having been advised that this action has been settled,

**IT IS HEREBY ORDERED** that all pending motions are denied without prejudice.

**IT IS HEREBY ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of July, 2008.